TORKILDSON KATZ HETHERINGTON
HARRIS & KNOREK
Attorneys at Law, A Law Corporation

BRIAN W. TILKER           9684-0
(bwt@torkildson.com)
ERIK A. RASK              10808-0
(ear@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

JOHN W. MORRIS (*admitted pro hac vice*)
jmorris@mdmc-law.com
ERIC J. HUGHES (*admitted pro hac vice*)
ehughes@mdmc-law.com
McElroy Deutsch Mulvaney & Carpenter LLLP
1300 Mount Kimble Avenue, P. O. Box 2071
Morristown, NJ 07692

Attorneys for Defendant
ENDURANCE ASSURANCE
CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCHNABEL FOUNDATION COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>ENDURANCE ASSURANCE CORPORATION,<br><br>      Defendant. | CIVIL NO. CV 18-00300-JAO-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Schnabel Foundation Company ("Plaintiff") and Defendant Endurance Assurance Corporation ("Defendant"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims against all parties in this action.  There are no remaining claims or parties.  Each party is to bear its own attorneys' fees and costs.  This Stipulation has been signed by all parties, or their respective counsel, who have appeared in this action.

DATED:  Honolulu, Hawaii, June 7, 2019.

| */s/ Corlis J. Chang* | */s/ Brian W. Tilker* |
|---|---|
| CORLIS J. CHANG | BRIAN W. TILKER |
| RICHARD KALSON (*pro hac vice*) | ERIK A. RASK |
| Attorneys for Plaintiff | JOHN W. MORRIS (*pro hac vice*) |
| SCHNABEL FOUNDATION | ERIC J. HUGHES (*pro hac vice*) |
| COMPANY | Attorneys for Defendant |
| | ENDURANCE ASSURANCE |
| | CORPORATION |

**APPROVED AND SO ORDERED:**



Jill A. Otake
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; *SCHNABEL FOUNDATION COMPANY V. ENDURANCE ASSURANCE CORPORATION*, CIVIL NO. CV 18-00300-JAO-WRP

2463131.V1